[No. 22014-1-III.  Division Three.  May 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA MARIE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-01061-3, Robert G. Swisher, J., entered April 14, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 22151-2-III.  Division Three.  May 13, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. DEVIN LEN PEARSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01053-0, Neal Q. Rielly, J., entered June 3, 2003. *Dismissed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 50658-7-I.  Division One.  May 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY LEE HADRATH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00165-8, David A. Nichols, J., entered June 11, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50941-1-I.  Division One.  May 17, 2004.]

ROGER F. PETERSON, ET AL., *Respondents*, v. ROBERT A. KOESTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-18923-1, Glenna Hall, J., entered May 31, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ. Now published at 122 Wn. App. 351.